

FILED
JUL 01 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:10-CR-149-029 |
| ) | Judge Phillips |
| **DONALD MICHAEL TURPIN** ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Donald Michael Turpin, and the defendant admits that he has violated certain conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties recommending that Mr. Turpin's supervised release should be revoked and that he should receive a sentence of thirty (30) days with no supervised release to follow.

Mr. Turpin agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations alleged against the defendant are "Grade C" violations. The defendant's criminal history category is V. The effective advisory guideline range alleged in the petition is 7-13 months which the Court has carefully considered. There is a statutory maximum of 36 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of thirty (30) days to be followed by no supervised release.

*Thomas W. Phillips*

Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

Matthew T. Morris
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

Donald Michael Turpin
Defendant

Melissa Haduck
U.S. Probation Officer

2